IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 2 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01124-BNB

WALTER BOIGEGRAIN,

    Plaintiff,

v.

COLORADO DEPARTMENT OF HEALTH
1375 Sherman Street, Denver, CO 80203, and
JEFFERSON COUNTY DEPT. OF HEALTH & HUMAN SERVICES
900 Jefferson County Parkway, Golden, CO 80401,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the motion for enlargement of time submitted by Plaintiff and filed with the Court on July 11, 2006. Plaintiff will be allowed **thirty (30) days from the date of this minute order** in which to cure the deficiencies designated in the June 13, 2006, order to cure. This matter also is before the Court on the motion for assignment of a case number submitted by Plaintiff and filed with the Court on July 11. Apparently, Plaintiff intended the documents filed in this case to be filed in two separate cases. However, Plaintiff failed to make that request at the time the instant case was initiated. It is Plaintiff's responsibility to file his papers in the proper case, not the Court's. The Court is not responsible for correcting Plaintiff's filing errors. therefore, the motion for assignment of a case number is DENIED.

Dated: July 12, 2006

Copies of this Minute Order mailed on July 12, 2006, to the following:

Walter Boigegrain
12650 W. 64th., #E204
Arvada, CO 80004

Secretary/Deputy Clerk